996 A.2d 454

IN THE MATTER OF KASHIF MOLAMUSA,
AN ATTORNEY AT LAW.

June 30, 2010.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a), seeking the immediate temporary suspension of **KASHIF MOLAMUSA** of **WEST PATERSON,** who was admitted to the bar of this State in 1984, and good cause appearing;

It is ORDERED that **KASHIF MOLAMUSA** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **KASHIF MOLAMUSA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **KASHIF MOLAMUSA** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **KASHIF MOLAMUSA** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the proceedings against respondent in District Docket No. XIV–2009–0634E be conducted on an accelerated basis; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.